IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| ANGELA MCGRADY | § | |
| | § | |
| V. | § | ACTION NO.4:10-CV-023-Y |
| | § | |
| MICHAEL J. ASTRUE, COMMISSIONER | § | |
| OF SOCIAL SECURITY | § | |

ORDER CORRECTING AND ADOPTING MAGISTRATE
JUDGE'S FINDINGS, CONCLUSIONS, AND RECOMMENDATION

On January 19, 2011, the United States magistrate judge issued his findings, conclusions, and recommendation in this case ("the findings"). In the findings, the magistrate judge recommended that the decision of the Commissioner of the Social Security Administration of the United States ("the commissioner") denying Plaintiff's claims for disability insurance benefits be affirmed. The magistrate judge's order gave all parties until February 2 to serve and file with the Court written objections to his proposed findings.

Plaintiff filed her objections, asking this Court to reject the findings of the magistrate judge and either render judgment in Plaintiff's favor or remand the case to the commissioner for further proceedings. The commissioner did not file a response.

In her objections, Plaintiffs points out that her onset date was January 1, 2008, and not January 1, 2009, as stated by the magistrate judge. (Findings 1; Obj. 6.) Indeed, the record supports Plaintiff's assertion, and the magistrate judge later referred to the correct onset date in his findings. (R. 16, 45, 91; Findings 5.) But this discrepancy does not affect the substance of the findings. Thus after reviewing the findings, record, case law, and Plaintiff's objections, the Court ADOPTS the magistrate judge's findings and conclusions as the findings and conclusions of this Court for the reasons stated therein but with the correction that Plaintiff's onset date was

January 1, 2008.  Thus, this Court AFFIRMS the commissioner's decision.

SIGNED February 8, 2011.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE